# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  24-mj-176-01-AJ
12 Perry Lane, Apartment 207, Swanzey, NH, 03446  )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

12 Perry Lane, Apartment 207, Swanzey, NH, 03446 (further described in Attachment A)

located in the _____ District of ___New Hampshire___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(j) | Possession of a Stolen Firearm |
| 18 U.S.C. § 922(u) | Theft from a Federal Firearms Licensee |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/ T. Sean Hoover
*Applicant's signature*

Special Agent T. Sean Hoover, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/20/2024

*Judge's signature*

City and state: Concord, New Hampshire       U.S. Magistrate Judge Andrea K. Johnstone
*Printed name and title*